# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Arnoldo Bencomo-Marquez,<br>a.k.a.: Arnoldo Bencomo,<br>a.k.a.: Miguel Ochoa-Guzman,<br>(A078 045 248)<br>*Defendant* | Case No. 17-6296MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 11, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Arnoldo Bencomo-Marquez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 2, 2001, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*CEB*

REVIEWED BY:   Charles E. Bailey, P.S. for AUSA Jacqueline Schesnol

☒ Continued on the attached sheet.

*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 14, 2017

*Judge's signature*

City and state:  Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 11, 2017, Arnoldo Bencomo-Marquez was booked into the Maricopa County Jail (MCJ) facility on local charges. While in custody at the MCJ, Bencomo-Marquez was encountered by ICE Officer C. Payne who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On August 12, 2017, Bencomo-Marquez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Bencomo-Marquez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Arnoldo Bencomo-Marquez to be a citizen of Mexico and a previously deported criminal alien. Bencomo-Marquez was removed from the United States to Mexico at or near Nogales, Arizona, on or about October 2,

1

2001, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Bencomo-Marquez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Bencomo-Marquez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Arnoldo Bencomo-Marquez was convicted of Possession of Drug Paraphernalia, a felony offense, on December 17, 1999, in the Superior Court of Arizona, Maricopa County. Bencomo-Marquez was sentenced to thirty (30) days' incarceration and two (2) years' probation. Bencomo-Marquez's criminal history was matched to him by electronic fingerprint comparison.

5. On August 12, 2017, Arnoldo Bencomo-Marquez was advised of his constitutional rights. Bencomo-Marquez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 11, 2017, Arnoldo Bencomo-Marquez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 2, 2001, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 14th day of August, 2017.

_____
David K. Duncan,
United States Magistrate Judge

3